

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NJM
F. #2017R01253

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 18, 2020

<u>By E-mail</u>

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Jose Battle et al.
     <u>Docket No. 20-MJ-154 (LB)</u>

Dear Judge Scanlon:

  The government respectfully moves for an order partially unsealing the complaint and arrest warrants in the above-captioned matter, insofar as they relate to the defendants JOSE BATTLE and BRIAN JACKSON.

           Respectfully submitted,

           RICHARD P. DONOGHUE
           United States Attorney

      By:   /s/
           Nicholas J. Moscow
           Assistant U.S. Attorney
           (718) 254-6212

Enclosure

cc: Clerk of Court (by ECF)
   Defense Counsel (by ECF)

NJM
F.# 2017R01253

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JOSE BATTLE, et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

20-MJ-154 (LB)

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Nicholas J. Moscow, for an order partially unsealing the complaint and arrest warrants in the above-captioned matter.

WHEREFORE, it is ordered that the complaint and arrest warrants in the above-captioned matter be unsealed insofar as they relate to the defendants JOSE BATTLE and BRIAN JACKSON.

Dated:   Brooklyn, New York
         February 18th, 2020

_____
HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK